**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: February 14, 2018**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In Re ) | |
| ) | |
| MONICA DESHAWN HEDGES ) | Case No. 18-10081 |
| ) | Chapter 13 |
| ) | Judge Buchanan |
| Debtor(s) ) | |

### SUA SPONTE OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

This matter is before this Court *sua sponte* on the Debtor(s)'s proposed *Chapter 13 Plan* (the "Plan") [Docket Number 23].

- The Debtor failed to use the Mandatory Chapter 13 Form Plan required in this District and available on the court's website at www.ohsb.uscourts.gov. *See* General Order 22-2.

Accordingly, this matter is set for hearing before the Honorable Beth A. Buchanan, United States Bankruptcy Judge, at the United States Bankruptcy Court, Atrium Two, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio on **March 22, 2018 at 2:00 p.m.**

**This Court may vacate the hearing as relates to this Court's objection if the Debtor(s) correct the deficiency(ies) listed above.**

Distribution List:

Default List